# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUSTIN KAUFFMAN,<br><br>Defendant. | 18-PO-5119-JTJ<br><br>VIOLATION:<br>6027808<br><br>Location Code: M13<br><br>ORDER |

Based upon the motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that VN 6027808 is DISMISSED.

DATED this 9th day of October 2018.

_____
John Johnston
United States Magistrate Judge